Argued September 9, 1969, affirmed February 27, 1970,
petition for rehearing denied April 27, 1971

WAGNER ET UX, *Respondents, v.* TALENT
IRRIGATION DISTRICT, *Appellant.*

466 P2d 619

*Thomas C. Howser* and *William E. Duhaime,* Medford, argued the cause for appellant. With them on the briefs were Brophy, Wilson & Duhaime, Medford.

*A. Allan Franzke,* Portland, argued the cause for respondents. On the brief were Frohnmayer, Lowry & Deatherage, Medford.

Before PERRY, Chief Justice, and SLOAN, O'CONNELL, GOODWIN* and HOLMAN, Justices.

O'CONNELL, J.

This is an action to recover damages alleged to have been sustained as a result of seepage from defendant's irrigation canal. Defendant appeals from an order of the Circuit Court for Jackson County granting a new trial.

The two assignments of error presented on this appeal present the same issues as those raised in the companion case of *Furrer v. Talent Irrigation District,* decided this day. Adopting the reasoning in the *Furrer* case, we hold that the trial court did not err in granting a new trial.

Affirmed.

---

* Goodwin, J., resigned December 19, 1969.